IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Terry Wayne DUCKWORTH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:08-CV-223 (MTT) |
| ALLIANZ LIFE INSURANCE COMPANY OF AMERCICA, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

The Court's Order of January 7, 2011 [Doc. 57] is VACATED. The record, as it stands, does not authorize summary judgment for either party. The case remains on the non-jury trial calendar commencing March 8, 2011.

**SO ORDERED**, this the 26th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT